



JAN 1 3 2017

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Criminal No. DR-17-CR-00024 |
| VS. | § | |
| MICHAEL ANTHONY VINCENT | § | |

## ORDER REGARDING MOTION TO RESCIND

On this day came on to be heard Defendant's motion, through counsel, to rescind the $20,000 appearance bond set in this matter. After considering Defendant's motion, the Court is of the opinion that said motion is proper and should be Granted.

SO ORDERED on this 13 day of January 2017

_____
HONORABLE VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE